No. 780, Misc. FORSYTHE *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. David D. Furman,* Attorney General of New Jersey, and *William L. Boyan,* Deputy Attorney General, for respondent.

No. 710, Misc. IN RE MCNALLY. C. A. 9th Cir. Certiorari denied.

No. 774, Misc. JONES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bennett Boskey* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *William J. Schafer, III,* for the United States.

No. 699, Misc. MURRAY ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 543, Misc. CATO *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondents.

No. 722, Misc. LUSK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Motion to dispense with the printing of the petition granted. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *S. Dee Hanson* for respondent.